UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REGINALD L. McCOY,

    Plaintiff,

-vs-                                          Case No. 8:13-cv-130-T-30MAP

ROBERT W. GENZMAN, USA, et al.,

    Defendants.
_____/

**ORDER**

Before the Court is Plaintiff's letter to the Clerk of the Court (Dkt. 4). The Court construes the letter as a motion to alter or amend the judgment pursuant to Rule 59(e), Fed. R. Civ. P. ("motion").

Plaintiff, a federal prisoner proceeding *pro se,* filed a complaint in this Court in which he alleged that the federal prosecutors who prosecuted his federal criminal case lacked authorization from the Department of Justice to prosecute him (Dkt. 1). He further alleged that the prosecutors knew that they did not have jurisdiction to prosecute him (Id.). As relief, Plaintiff requested "an investigation into the misconduct of the defendants, and impose the appropriate sanctions and penalties required for such violations." (Id.). The Court construed the complaint as a civil rights action filed under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971) (providing for a cause of action against federal officers for violating a party's federal constitutional rights), and dismissed the complaint for failure to state a claim upon which relief may be granted (Dkt. 2).

Plaintiff asserts in his motion that he did not intend his complaint to be a *Bivens* complaint, but rather "an administrative complaint for internal investigation only, not judicial investigation." (Dkt. 4 at p. 1). He further asserts that he filed the complaint in this Court "for public notice only and court records." (Id.). As relief, Plaintiff requests the Court "vacate its order recharacterizing his administrative complaint as a Bivens." (Id.).

If Plaintiff intended to file an administrative complaint, he should have filed his complaint with the appropriate executive agency. Filing a complaint in a federal district court initiates a civil action. See Rule 3, Fed. R. Civ. P. ("A civil action is commenced by filing a complaint with the court."). Therefore, the Court did not err in construing Plaintiff's complaint as a *Bivens* action.

Accordingly, the Court **ORDERS** that Plaintiff's construed Rule 59(e) motion to alter or amend the judgment (Dkt. 4) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on April 5, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy to: *Pro se* Plaintiff

2